# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHEILA GIBSON-HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-0629 |
| ) | Judge Echols |
| FIFTH THIRD BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant Fifth Third Bank's Motion for Summary Judgment (Docket Entry No. 18) is hereby GRANTED and Plaintiff Sheila Gibson-Holmes' claims against Defendant are hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE